THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Shawn L. Haynes
 a/k/a Vashaun L. Haynes, Appellant.
 
 
 

Appeal From Charleston County
 Daniel  F.  Pieper, Circuit Court Judge

Unpublished Opinion No. 2008-UP-564
 Submitted October 1, 2008  Filed October
13, 2008    

APPEAL DISMISSED

 
 
 
 Chief Attorney Joseph L. Savitz, III, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, of
 Columbia; and Solicitor Scarlett A. Wilson, of Charleston, for Respondent.
 
 
 

PER CURIAM: Shawn Haynes appeals his convictions and sentences for
 carjacking, armed robbery, grand larceny, and possession of a firearm during
 the commission of a violent crime.  On appeal, Haynes argues the trial court
 erred by allowing the State to introduce reply testimony to impeach his
 testimony on a collateral matter in violation of State v. Brock, 130 S.C.
 252, 126 S.E.2d 28 (1925).  After a
 thorough review of the record and counsels brief pursuant to Anders v.
 California, 386 U.S. 738 (1967), and State v. Williams, 305 S.C.
 116, 406 S.E.2d 357 (1991), we dismiss[1] Haynes appeal and grant counsels motion to be relieved. 
APPEAL
 DISMISSED.
ANDERSON, WILLIAMS, and KONDUROS, JJ., concur.

[1] We decide this case without oral argument pursuant to
Rule 215, SCACR.